IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-01810-MSK-BNB

GAS DEVELOPMENT CORPORATION,

Plaintiff,

v.

WILLIAM D. BLACK, and
BLACK RESOURCES, INC.,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **February 27, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **February 24, 2006**.

IT IS FURTHER ORDERED that a settlement conference is set for **April 13, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel only. If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present.) Each party shall submit a confidential

settlement statement to my chambers on or before **April 6, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

Dated February 10, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge