IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.05-cv-01810-MSK- BNB | Date: October 26, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| GAS DEVELOPMENT CORPORATION, | Phillip Barber |
| Plaintiff, | |
| v. | |
| WILLIAM D. BLACK, and BLACK RESOURCES, INC., | Thomas Kimmell |
| Defendants. | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   9:06 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's request for costs and attorney fees pursuant to 28 U.S.C.§1447(c) (9/19/06 #21) is TAKEN UNDER ADVISEMENT.**

Court in Recess    9:32 a.m.    Hearing concluded.

Total time in court:   00:26